IT IS HEREBY ADJUDGED and DECREED that the
below described is SO ORDERED.



Dated: August 23, 2010

_____
JOHN C. AKARD
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: LINDA KAYE COOMBS | § | Case No. 10-11962 |
| | § | (Chapter 13) |
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A., AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, its successors and/or assigns, Movant | § § § § § § § § § | JUDGE CRAIG A. GARGOTTA |

vs.

LINDA KAYE COOMBS, Debtor and
DEBORAH B. LANGEHENNIG, Trustee,
Respondents

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
REGARDING 266 MUNDINE RD, ELGIN, TX 78621 PURSUANT TO 11 U.S.C. § 362**

On July 26, 2010, a Motion for Relief from Automatic Stay regarding 266 MUNDINE RD, ELGIN, TX 78621 pursuant to 11 U.S.C. § 362 (the Motion) was filed by U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A., AS TRUSTEE FOR MERRILL

09-300407-710

LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1 (hereinafter Movant) in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) - day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion for Relief from the Automatic Stay regarding 266 MUNDINE RD, ELGIN, TX 78621 pursuant to 11 U.S.C. filed by U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A., AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1 is hereby GRANTED so as to authorize U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A., AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, its successors and assigns, to exercise any and all remedies available at law and under the applicable loan documents to take possession of the real property, more specifically described below:

EXHIBIT "A"

09-300407-710

IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

### END OF ORDER###

APPROVED:
The undersigned counsel of record certifies
compliance with Rule 4001

/s/Michael W. Zientz
Michael W. Zientz
State Bar No. 24003232
Pacific Center I, Suite 660
14180 N. Dallas Parkway
Dallas, Texas 75254
214-635-2650 (Phone)
214-635-2686 (Fax)

ATTORNEY FOR MOVANT

09-300407-710

# Exhibit A

JAMES E. GARON & ASSOC., INC.
PROFESSIONAL LAND SURVEYORS

LEGAL DESCRIPTION: BEING 5.000 ACRES OF LAND OUT OF THE ENOCH HARRIS SURVEY, ABSTRACT NO. 189 IN BASTROP COUNTY, TEXAS AND BEING A PORTION OF A CALLED 10.00 ACRE TRACT OF LAND CONVEYED VERNON JENSEN AND WIFE, LILLIAN JENSEN BY DEED RECORDED IN VOLUME 309, PAGE 324, BASTROP COUNTY DEED RECORDS; SAID 5.000 ACRES OF LAND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS AND AS SURVEYED BY JAMES E. GARON & ASSOCIATES, INC. IN AUGUST, 1994:

BEGINNING at an iron rod found for the southeast corner hereof and of said Jensen tract, the southwest corner of a called 52.00 acre tract of land conveyed to M. M. Brinkley by deed recorded in Volume 218, Page 703 of said Deed Records and a point on the north right-of-way line of County Road No. 96;

THENCE N 61°49'28" W, 315.56 feet along the common division line of said Jensen tract and of said County Road No. 96 to an iron rod set for the southeast corner hereof, from which an iron rod set for the southeast corner of said Jensen tract and an ell corner of a called 10.00 acre tract of land conveyed to Jim Vernon Jensen and wife, Yolanda Jensen by deed recorded in Volume 401, Page 145 of said Deed Records bears N 61°49'28" W, 10.00 feet;

THENCE N 30°00'14" E, 696.86 feet over and across said Vernon Jensen tract along a line 10' away from and parallel to the common division line of said Jensen tracts to an iron rod set for the northwest corner hereof;

THENCE S 60°39'13" E, 312.62 feet continuing over and across said Vernon Jensen tract to an iron rod set for the northeast corner hereof and a point on the common division line of said Vernon Jensen and said Brinkley tracts;

THENCE S 29°46'18" W, 690.38 feet along the common division line of said Vernon Jensen and said Brinkley tracts to the POINT OF BEGINNING, containing 5.000 acres of land, more or less and as shown on the survey plat prepared herewith.

Surveyed by:

C. Richard Ralph,
Registered Professional Land Surveyor

August 26, 1994

[Seal: STATE OF TEXAS REGISTERED C. RICHARD RALPH 4758 PROFESSIONAL LAND SURVEYOR]

COUNTY CLERK'S MEMO
PORTIONS OF THIS
DOCUMENT NOT
REPRODUCIBLE
WHEN RECORDED

Job # B-370-94
FB: B-33/43

1101 CAPTIAL OF TEXAS HIGHWAY, SOUTH · BLDG · 1, SUITE 101 · AUSTIN, TEXAS 78746 · (512) 328-8111
8070 MAIN STREET · BASTROP, TEXAS 78602 · (512) 303-4185

EXHIBIT "A"

FILED
SEP 2 1994
3:50 P M
[signature]
COUNTY CLERK
BASTROP COUNTY, TEXAS

STATE OF TEXAS    COUNTY OF BASTROP
I hereby certify that this instrument was FILED on the date and time stamped hereon by me; and was duly RECORDED, in the Volume and Page of the named RECORDS of Bastrop County, Texas, as Stamped hereon by me on

SEP 1 5 1994
[signature]
COUNTY CLERK
BASTROP COUNTY, TEXAS


Rose Pietsch

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

February 16, 2007 03:44:29 PM
KRISTAB FEE: $64.00 BOOK:1717 PAGE:74-86
ROSE PIETSCH, County Clerk
Bastrop, Texas
200702430

DTRUST

# Exhibit A